1032

[No. 74111-0-I. Division One. October 17, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. MATTHEW GATWECH WUOL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-01361-7, Julia L. Garratt, J., entered September 21, 2015. *Remanded* by unpublished per curiam opinion.

[No. 74366-0-I. Division One. October 17, 2016.]

BILLY COLBURN, *Appellant*, v. DAVID J. TREES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-23572-1, Janet M. Helson, J., entered November 9, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 74879-3-I. Division One. October 17, 2016.]

SHAW RAHMAN, *Appellant*, v. THE BOEING COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-35677-9, William L. Downing, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Mann, JJ.

[No. 47013-6-II. Division Two. October 18, 2016.]

*In the Matter of the Estate of* DONALD C. MULLER.

KRISS MULLER, *Respondent*, v. RICHARD J. PETERSEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-2-00177-7, F. Mark McCauley, J., entered November 13, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Maxa, JJ. Now published at 197 Wn. App. 477.